

# Fourth Court of Appeals
## San Antonio, Texas

April 12, 2022

No. 04-20-00343-CV

**INTERNATIONAL INSTALLATION, LLC**,
Appellant

v.

**MADERA MILLWORK, LTD**, BOA Studio, LLC and Jason Holloway,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07179
Honorable Renée Yanta, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
           Beth Watkins, Justice
           Liza A. Rodriguez, Justice

This appeal was originally submitted on briefs on September 8, 2021. However, on February 28, 2022, after discovering a portion of the reporter's record was missing, we withdrew the submission date and ordered the court reporter to file the missing portions of the record by March 30, 2022.

On March 9, 2022, appellees filed a motion to reconsider asking us to withdraw our February 28, 2022 order. In their motion, appellees also requested an opportunity to supplement their briefing in response to any new materials filed. After consideration, we **deny** appellees' request to withdraw our February 28, 2022 order.

On March 22, 2022, the court reporter filed a notification of late record stating appellant is not entitled to the record without paying the fee. We therefore **order** appellant to provide written proof to this court **by April 27, 2022** showing either (1) the fee for the preparation of the missing portions of the record has been paid or arrangements have been made to pay the fee, or (2) appellant is entitled to the record without payment of the reporter's fee. TEX. R. APP. P. 35.3(b). If appellant fails to respond within the time provided, we will set this case for submission and only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See id.* R. 37.3(c). If appellant timely responds, we will set a

due date for the court reporter to file the reporter's record and allow the parties to file supplemental briefing to consider the newly filed portions of the record once it is filed.

It is so **ORDERED** on April 12, 2022.

**PER CURIAM**

ATTESTED TO: _____

MICHAEL A. CRUZ,
CLERK OF COURT